LILYAN MCPHERSON, Appellant, *v.* GRANT ADVERTISING, INC., et ·al., Respondents.

Argued April 22, 1954; decided May 27, 1954.

*J. Stanley Cohen* for appellant.

*Samuel E. Swiggett* for Grant Advertising, Inc., respondent.

*Richard Formidoni* and *Leo M. Brimmer* for John Barry and another, respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.